Alex J. De Castroverde
Nevada Bar No. 6950
Ryan Samano
Nevada Bar No. 15995
**DE CASTROVERDE LAW GROUP**
1149 S. Maryland Pkwy
Las Vegas, NV 89104
Tel: 702.222.9999
Fax: 702.383.8741
Email: ryan@dlgteam.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JAZLENE BAEZ, Individually and on Behalf of All Others Similarly Situated<br><br>    Plaintiffs,<br>vs.<br><br>LIBRA, LLC<br><br>    Defendant. | Case No.: 2:24-cv-2096-JAD-EJY<br><br>~~PROPOSED~~ ORDER ON MOTION FOR EXTENSION OF TIME FOR SERVICE OF PROCESS |

On this date, the Court considered Plaintiff's Motion for Extension of Time for Service of Process (ECF No. 6):

The Court, after considering said Motion, is of the opinion that the Motion is well taken and should be GRANTED. It is therefore ORDERED that the Motion for Extension of Time (ECF No. 6) is GRANTED, extending the deadline to serve Defendant Libra, LLC by 90 days, up to and including May 7, 2025.

**IT IS SO ORDERED.**

SIGNED this 6th day of February, 2025.

*/s/ Elayna J. Youchah*
HON. ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE