MARK FERRARIO, ESQ.
Nevada Bar No. 1625
ALAYNE M. OPIE, ESQ.
Nevada Bar No. 12623
**GREENBERG TRAURIG, LLP**
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Telephone:    (702) 792-3773
Email:    ferrariom.com
          opiea@gtlaw.com

*Attorneys for Defendant Libra LLC*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAZLENE BAEZ, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>vs.<br><br>LIBRA, LLC,<br><br>　　　　　　　　Defendant. | Case 2:24-cv-02096-JAD-EJY<br><br>**SUBSTITUTION OF COUNSEL ON BEHALF OF LIBRA, LLC** |

    Nicholas M. Wieczorek, Esq. of the law firm of Clark Hill hereby substitutes in as counsel on behalf of Defendant LIBRA, LLC, in place and stead of Alayne M. Opie, Esq. and Mark E. Ferrario, Esq. of the law office of Greenberg Traurig, LLP.

    SO STIPULATED.

DATED this 15th day of December, 2025.　　　　DATED this 30th day of December, 2025.

   /s/ Alayne Opie　　　　　　　　　　　　　　/s/ *Nicholas M. Wieczorek*
GREENBERG TRAURIG, LLP　　　　　　　　CLARK HILL
Alayne M. Opie, Esq. (NBN 12623)　　　　　　Nicholas M. Wieczorek, Esq. (NBN 6170)
10845 Griffith Peak Drive, #600　　　　　　　1700 Pavilion Center Drive, #500
Las Vegas, Nevada 89135　　　　　　　　　　Las Vegas, Nevada 89135

1

ACTIVE 717373806v1

1     I consent to the above substitution on behalf of:

2 DATED this 2nd day of January, 2026.

3     *[signature]* OWNER

4 _____
Name:
5 Title:
Libra, LLC

6

7                                        IT IS SO ORDERED.

8

9                                        *[signature]*
UNITED STATES MAGISTRATE JUDGE
10
11                                        Date: January 6, 2026

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ACTIVE 717373806v1