Diana S. Cline, Esq.
Nevada Bar No. 10580
CLINE LEGAL SOLUTIONS, LLC
7625 Dean Martin Drive, Ste 115
Las Vegas, Nevada, 89139
Phone: 702-790-0525
diana@clinelegalnv.com
*Attorney for Defendant Libra LLC*

UNITED STATES DISTRICT COURT

OF NEVADA

| | |
|---|---|
| Jazlene Baez,<br>        Plaintiff,<br><br>  vs.<br><br>Libra LLC,<br>        Defendant. | Case No. 2:24-cv-02096-JAD-EJY<br><br><br>SUBSTITUTION OF ATTORNEY ON<br>BEHALF OF LIBRA LLC |

Diana S. Cline, Esq. of Cline Legal Solutions LLC hereby substitutes as counsel on behalf of Defendant Libra LLC in place of Nicholas M Wieczorek, Esq. and Cami Perkins, Esq. of Clark Hill PLLC.

SO STIPULATED.

**Dated: April 27, 2026**

CLARK HILL, PLLC
/s/ *Cami Perkins*
Nicholas M Wieczorek, Esq.
Cami Perkins, Esq.
1700 Pavilion Drive, Suite 500
Las Vegas, NV 89135
702-862-8300
Fax: 702-778-9709
Email: nwieczorek@clarkhill.com
*Attorneys for Defendant Libra LLC*

**Dated: April 27, 2026**

CLINE LEGAL SOLUTIONS, LLC
/s/ *Diana S. Cline*
Diana S. Cline
Nevada Bar No. 10580
7625 Dean Martin Drive, Ste 115
Las Vegas, Nevada, 89139
702-790-0525
diana@clinelegalnv.com
*Attorneys for Defendant Libra LLC*

1

CLINE LEGAL SOLUTIONS, LLC
7625 DEAN MARTIN DRIVE, STE 115, LAS VEGAS, NV
Phone 702-790-0525 - www.clinelegalnv.com

Libra LLC hereby consents to the above substitution.

**Dated: April 27, 2026**

LIBRA LLC
*/s/ Carl Giudici*
By: Carl Giudici
Its: Owner

## ORDER

IT IS SO ORDERED.

Date:

April 28, 2026

_UNITED STATE MAGISTRATE JUDGE_