Diana S. Cline, Esq.
Nevada Bar No. 10580
CLINE LEGAL SOLUTIONS, LLC
7625 Dean Martin Drive, Ste 115
Las Vegas, Nevada, 89139
Phone: 702-790-0525
diana@clinelegalnv.com
*Attorney for Defendant Libra LLC*

UNITED STATES DISTRICT COURT

OF NEVADA

| | |
|---|---|
| Jazlene Baez,<br>Plaintiff,<br><br>vs.<br><br>Libra LLC,<br>Defendant. | Case No. 2:24-cv-02096-JAD-EJY<br><br>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff Jazlene Baez and Defendant Libra LLC, through the undersigned counsel and pursuant to the Federal Rules of Civil Procedure, voluntarily dismiss all pending claims in this

///

///

///

///

///

///

lawsuit with prejudice. The Parties stipulate and agree that each will bear their own attorney's fees, costs, and expenses in this matter.

**Dated: July 17, 2026**

*/s/ Sean Short*
ALEX J. DE CASTROVERDE, ESQ.
Nevada Bar No. 6950
RYAN SAMANO, ESQ.
Nevada Bar No. 15995
DE CASTROVERDE LAW GROUP
1149 S. Maryland Pkwy.
Las Vegas, NV 89104

SEAN SHORT, ESQ.
Admitted Pro Hac Vice
SANFORD LAW FIRM
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, AR 72211
501-221-0088
Email: sean@sanfordlawfirm.com
*Attorneys for Plaintiff*

**Dated: July 17, 2026**

CLINE LEGAL SOLUTIONS, LLC
*/s/ Diana S. Cline*
Diana S. Cline
Nevada Bar No. 10580
7625 Dean Martin Drive, Ste 115
Las Vegas, Nevada, 89139
702-790-0525
diana@clinelegalnv.com
*Attorneys for Defendant Libra LLC*

**ORDER**

**Based on the parties' stipulation [ECF No. 30] and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.**

U.S. District Judge Jennifer A. Dorsey
Dated: July 20, 2026